

*U.S. Department of Justice*

*United States Attorney*
*Northern District of Ohio*

---

*U.S. Court House*
*801 West Superior Avenue, Suite 400*
*Cleveland, Ohio 44113*

September 18, 2019

*Via Electronic Mail*

Alek El-Kamhawy
14837 Detroit Avenue, #227
Lakewood, Ohio 44107

    Re:    <u>United States v. Richode Meredith-Hill</u> Case No. 1:18CR307, currently pending before U.S. District Sara Lioi

Dear Counsel:

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the United States herewith serves upon defense counsel notice of its intent to utilize expert witnesses during the trial of the above-captioned matter.

The United States intends to offer the testimony of LeAnne Suchanek, DNA Technical Manager with the Lake County Crime Laboratory.   LeAnne Suchanek will opine as to her analysis of multiple pieces of evidence as outlined in her reports provided in discovery.   More particularly she will opine as to the specific items described below:

    (a)    17-000696-Evidence Item 001 white/gray gloves:   The DNA mixture profile is 1.26 trillion times more likely to occur if the mixture consists of DNA from Lashawn Davis.   Assuming Lashawn Davis is a contributor, the DNA mixture is 29 quadrillion times more likely to occur if the mixture consists of DNA from Lashawn Davis, Dujuan Meredith, and at least on other contributor.

    (b)    17-000696-Evidence Item 005 black gloves:   The DNA profile obtained from the swab of the interior of the black gloves is an incomplete mixture consisting of at least three contributors.   This DNA mixture profile is 111 quadrillion times more likely to occur if the mixture consists of DNA from

1

>Raymond Hoskins and at least two other unidentified contributors. Assuming Hoskins is a contributor, this DNA mixture profile is 24 trillion times more likely to occur if the mixture consists of DNA from Raymond Hoskins, Richode Meredith-Hill and one other unidentified contributor.
>
>(3)  17-000945-Evidence item 001 black shirt:  The DNA mixture profile is 488 billion times more likely to occur if the mixture consists of DNA from Richode Meredith Hill and at least three other unidentified contributors.

LeAnne Suchanek's opinion is predicated on nearly twenty (20) years of experience as a Forensic Scientist with the Southwest Louisiana Criminalistics Laboratory and the Lake County Crime Laboratory.  At the Lake County Crime Laboratory since 2015, Ms. Suchanek was the CODIS Administrator, the DNA Technical Manager, and is now the Laboratory Director.  Prior to her employment as a forensic scientist she obtained her Bachelor of Science in Clinical Laboratory Science at the University of Louisiana.  She obtained her Master of Science from the University of Florida.  Since her employment, she has attended numerous trainings and received multiple and certifications in the area of forensic science.

The United States also intends to offer the testimony of Carey Baucher, Forensic Scientist with the DNA section of the Cuyahoga County Regional Forensic Science Laboratory.  Carey Baucher will opine as to her analysis of one piece of evidence as outlined in her report that was provided in discovery.  More particularly she will opine as to the specific item described below:

>(a)  Item 1.1 Swabs of rope straps and opening of sack collected from "Black bag with white letters that read "Young Leaders United Way of Greater Cleveland." A match was identified between item 1.1 and Lashawn Davis.

Carey Baucher's opinion is predicated on sixteen (16) years of experience as a Forensic Scientist with the DNA section of the Cuyahoga County Regional Forensic Science Laboratory.  Prior her employment as an analyst she obtained her graduate and undergraduate degrees in Biology.  Since her employment, she has received extensive training and continuing education in the area of Trace evidence and DNA analysis.  She has been qualified as an expert in Federal Court and Cuyahoga Common Pleas Court.

With respect to the proposed expert witnesses described above, the testimony of a properly qualified expert witness should be admitted if it will "assist the trier of fact to understand the evidence or determine a fact in issue."  FRE 702; see also, Daubert v. Merrell Dow Pharmaceuticals, 509 U.S. 579 (1993); United States v. Bonds, 12 F.3d 540 (6th Cir. 1993).  The *Curricula Vitarum* for LeAnne Suchanek and Carey Baucher are provided with this correspondence.

Should you have any questions concerning any of the aforementioned proposed testimony, or any other aspect of the case, please do not hesitate to contact me.

Very truly yours,

/s/ *Scott C. Zarzycki*
Scott C. Zarzycki
Assistant U. S. Attorney
(216) 622-3971 (office)
Scott.Zarzycki@usdoj.gov

enclosures / attachments